UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CENTER FOR LEADERSHIP AND JUSTICE, ET AL., <br>    *Plaintiffs* | : <br> : <br> : <br> : | |
| v. | : <br> : | No. 3:20-cv-1728 (MPS) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL., <br>    *Defendants.* | : <br> : <br> : <br> : <br> : | MARCH 19, 2021 |

## PARTIES' JOINT REQUEST FOR EARLY SETTLEMENT CONFERENCE

All parties have conferred and considered the potential benefits of attempting to settle this case before undertaking significant discovery or motion practice. After such consideration, counsel for the parties have authorized the undersigned to jointly request that this matter be referred to an early settlement conference with a magistrate judge.

                                                            Respectfully submitted,

                                                            LEONARD C BOYLE

                                                            ACTING UNITED STATES ATTORNEY

                                                            */s/ William M. Brown, Jr.*
                                                          William M. Brown Jr., ct20813
                                                          Assistant United States Attorney
                                                          157 Church Street
                                                          New Haven, CT 06510
                                                          Telephone: (203) 821-3700
                                                          Fax: (203) 773-5373
                                                          Email: William.brown2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2021, a copy of the foregoing Parties' Joint Request for Early Settlement Conference, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                           **/s/**
                                                                                       William M. Brown Jr.
                                                                                       Assistant United States Attorney