UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTER FOR LEADERSHIP AND JUSTICE, *et al.*,<br>    *Plaintiffs*, | :<br>:<br>:<br>: |
| v. | :    No. 3:20-cv-1728 (SALM) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br>    *Defendants*. | :<br>:    October 24, 2022<br>:<br>:<br>: |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Fed. R. Civ. Pro. 16(b)(4) and Local Rules 7(b) and 16(b), Trinity Claudio, Tammy Davis, Yulissa Espinal, Stephanie Grant, Marina Ilarraza, Ashley Matos, Mirna Medina, Milagros Ortiz, Netzabilie Torres, and Center for Leadership and Justice (collectively, "Plaintiffs"), Marcia L. Fudge, Secretary of the United States Department of Housing & Urban Development, and the United States Department of Housing & Urban Development (together, "HUD"), the City of Hartford, the Housing Authority of the City of Hartford, and Imagineers jointly move to amend the Scheduling Order, ECF No. 154, as previously amended by the Court's June 21, 2022 Order, ECF 219, and October 14, 2022 Order, ECF No. 243. The requested amendment would extend remaining deadlines by sixty days so that the parties can focus on finalizing a settlement agreement.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' opposition to HUD's motion for judgment on the pleadings | October 27, 2022 | December 27, 2022 |
| Completion of remaining fact discovery (limited to the subpoena served by HUD on Open Communities Alliance) | November 14, 2022 | January 14, 2023 |
| HUD's reply in support of its motion for judgment on the pleadings | November 28, 2022 | January 28, 2023 |
| Motions for Summary Judgment and Class Certification | November 29, 2022 | January 29, 2023 |
| Responses to Motions for Class Certification and Summary Judgment | January 28, 2023 | March 28, 2023 |
| Reply Briefs in Support of Motions for Class Certification and Summary Judgment | February 27, 2023 | April 27, 2023 |

In support of their motion for extension of time and pursuant to D. Conn. L. Civ. R. 7(b)(1) and 16(b)'s good cause standard, the Parties assert as follows:

The Parties agree that they have been productively engaged in conversations regarding a possible settlement, which may moot the need for further litigation and motion practice.

Regarding the length of time requested, this Court recently held a Settlement Conference on October 20, 2022. On the same day, this Court issued a Minute Entry stating that the Settlement Conference lasted 6 hours and 15 minutes and that "[t]he parties have reached a settlement in principle." ECF No. 246. The Court also directed that the parties "will work together over the coming weeks to finalize the settlement agreement," *id.*, and scheduled a follow-up Settlement Conference on November 3, 2022, ECF No. 248.

Therefore, this motion requests an extension of sixty days of all deadlines as set forth above.

With respect to L.R. 7(b)(2), this is the tenth joint motion respecting extending the scheduling order. *See* ECF Nos. 111, 125, 153, 191, 208, 216, 221, 232, 242 (other motions to extend).

With respect to L.R. 7(b)(3), this motion is filed at least three business days in advance of the pertinent deadline for Plaintiffs' response to HUD's Motion for Judgment on the Pleadings.

Accordingly, the Parties respectfully request an extension of the case schedule as described above.

Respectfully submitted on October 24, 2022

By: /s/ *Michael E. Bowlus*
Lanny A. Breuer (# phv11026 )
Maureen F. Browne (# phv20349)
Daniel Suleiman (# phv11024 )
Andrew Stanner (*phv* forthcoming)
Nicholas Pastan (# phv240966)
Han Park (# phv20341)
Thomas Sullivan (# phv01356)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5324
lbreuer@cov.com
mbrowne@cov.com
dsuleiman@cov.com
astanner@cov.com
npastan@cov.com
hpark@cov.com
tsullivan@cov.com

Benjamin Klein (# phv20264)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
bklein@cov.com

Alexander Setzepfandt (# phv11023)
Michael E. Bowlus (# phv20533)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-7014
asetzepfandt@cov.com
mbowlus@cov.com

J. L. Pottenger, Jr. (# ct05479)
Jerome N. Frank Legal Services
Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520
(203) 432-4800
j.pottenger@ylsclinics.org

Erin Boggs (# ct22989)
Peter M. Haberlandt (# ct27036)
OPEN COMMUNITIES ALLIANCE
75 Charter Oak Avenue
Suite 1-200
Hartford, CT 06106
phaberlandt@ctoca.org
eboggs@ctoca.org

Thomas Silverstein (# phv10914)
Sophia Jayanty (# phv20581)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600
tsilverstein@lawyerscommittee.org
sjayanty@lawyerscommittee.org

*Counsel for Plaintiffs*

By: */s/ David R. Roth*
David R. Roth (ct29876)
Aaron S. Bayer (ct12725)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510
(203) 498-4400
droth@wiggin.com
abayer@wiggin.com

*Counsel for the City of Hartford*

By: */s/ Alexander W. Ahrens*
Alexander W. Ahrens (ct30403)
William D. Chapman (# phv11110)
Michael R. Byrne (# phv11093)
MELICK & PORTER, LLP
900 Main Street South
Southbury, CT 06488
(203) 596-0500
aahrens@melicklaw.com
wchapman@melicklaw.com
mbyrne@melicklaw.com

*Counsel for Imagineers, LLC*

By: */s/ Anthony B. Corleto*
Anthony B. Corleto (ct13520)
GORDON REES SCULLY MANSUKHANI, LLP
500 Mamaroneck Avenue
Suite 503
Harrison, NY 10528
(914) 777-2228
tcorleto@grsm.com

*Counsel for Housing Authority of the City of Hartford*

By: */s/ William M. Brown Jr.*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY
William M. Brown Jr. (ct20813)
Natalie N. Elicker (ct28458)
Assistant United States Attorneys
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: william.brown2@usdoj.gov
         natalie.elicker@usdoj.gov

*Counsel for United States Department of Housing and Urban Development*