# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CENTER FOR LEADERSHIP AND JUSTICE, *et al.*, | : : | |
| *Plaintiffs*, | : : | |
| v. | : : | No. 3:20-cv-1728 (SALM) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | : : : | December 2, 2022 |
| *Defendants*. | : | |

## JOINT MOTION TO CANCEL THE DECEMBER 5, 2022 SETTLEMENT CONFERENCE

The parties have reached a settlement of the matter and anticipate the imminent submission of a Notice of Dismissal. Consequently, the parties jointly seek to cancel the December 5, 2022, conference.

Respectfully submitted on December 2, 2022.

By: /s/ *Benjamin Klein*
Lanny A. Breuer (# phv11026 )
Maureen F. Browne (# phv20349)
Daniel Suleiman (# phv11024 )
Andrew Stanner (*phv* forthcoming)
Nicholas Pastan (# phv240966)
Han Park (# phv20341)
Thomas Sullivan (# phv01356)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5324
lbreuer@cov.com
mbrowne@cov.com
dsuleiman@cov.com
astanner@cov.com
npastan@cov.com
hpark@cov.com
tsullivan@cov.com

Benjamin Klein (# phv20264)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
bklein@cov.com

Alexander Setzepfandt (# phv11023)
Michael E. Bowlus (# phv20533)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-7014
asetzepfandt@cov.com
mbowlus@cov.com

Erin Boggs (# ct22989)
Peter M. Haberlandt (# ct27036)
OPEN COMMUNITIES ALLIANCE
75 Charter Oak Avenue
Suite 1-200
Hartford, CT 06106
phaberlandt@ctoca.org
eboggs@ctoca.org

J. L. Pottenger, Jr. (# ct05479)
JEROME N. FRANK LEGAL SERVICES
ORGANIZATION
YALE LAW SCHOOL
P.O. Box 209090
New Haven, CT 06520
(203) 432-4800
j.pottenger@ylsclinics.org

Thomas Silverstein (# phv10914)
Sophia Jayanty (# phv20581)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600
tsilverstein@lawyerscommittee.org
sjayanty@lawyerscommittee.org

*Counsel for Plaintiffs*

By: */s/ David R. Roth*
David R. Roth (ct29876)
Aaron S. Bayer (ct12725)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510
(203) 498-4400
droth@wiggin.com
abayer@wiggin.com

*Counsel for the City of Hartford*

By: */s/ Alexander W. Ahrens*
Alexander W. Ahrens (ct30403)
William D. Chapman (# phv11110)
Michael R. Byrne (# phv11093)
MELICK & PORTER, LLP
900 Main Street South
Southbury, CT 06488
(203) 596-0500
aahrens@melicklaw.com
wchapman@melicklaw.com
mbyrne@melicklaw.com

*Counsel for Imagineers, LLC*

By: */s/ Anthony B. Corleto*
Anthony B. Corleto (ct13520)
GORDON REES SCULLY
MANSUKHANI, LLP
500 Mamaroneck Avenue
Suite 503
Harrison, NY 10528
(914) 777-2228
tcorleto@grsm.com

*Counsel for Housing Authority of the City of Hartford*

By: */s/ William M. Brown Jr.*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY
William M. Brown Jr. (ct20813)
Natalie N. Elicker (ct28458)
Assistant United States Attorneys
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: william.brown2@usdoj.gov
          natalie.elicker@usdoj.gov

*Counsel for United States Department of Housing and Urban Development*