IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTER FOR LEADERSHIP AND JUSTICE, for itself; TRINITY CLAUDIO, TAMMY DAVIS, YULISSA ESPINAL, STEPHANIE GRANT, MARINA ILARRAZA, ASHLEY MATOS, MIRNA MEDINA, MILAGROS ORTIZ and NETZABILIE TORRES, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; Marcia Fudge, in her official capacity as Secretary of United States Department of Housing and Urban Development; HOUSING AUTHORITY OF THE CITY OF HARTFORD; THE CITY OF HARTFORD, d/b/a THE CITY OF HARTFORD HOUSING AUTHORITY; and IMAGINEERS, LLC,<br><br>*Defendants*. | No. 3:20-cv-1728-SALM<br><br>**JURY DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's December 6, 2022 order (ECF 265), all Plaintiffs and all Defendants hereby stipulate and agree that the above action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

SO AGREED AND STIPULATED.

1

Submitted on December 28, 2022

By: /s/ *Michael E. Bowlus*
Lanny A. Breuer (# phv11026 )
Maureen Browne (# phv20349)
Daniel Suleiman (# phv11024 )
Andrew Stanner (*phv* forthcoming)
Nicholas Pastan (# phv240966)
Han Park (# phv20341)
Thomas Sullivan (# phv01356)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5324
lbreuer@cov.com
mbrowne@cov.com
dsuleiman@cov.com
astanner@cov.com
npastan@cov.com
hpark@cov.com
tsullivan@cov.com

Benjamin Klein (# phv20264)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
bklein@cov.com

Alexander Setzepfandt (# phv11023)
Michael E. Bowlus (# phv20533)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-7014
asetzepfandt@cov.com
mbowlus@cov.com

Erin Boggs (# ct22989)
Peter M. Haberlandt (# ct27036)
OPEN COMMUNITIES ALLIANCE
75 Charter Oak Avenue
Suite 1-200
Hartford, CT 06106
phaberlandt@ctoca.org
eboggs@ctoca.org

J. L. Pottenger, Jr. (# ct05479)
JEROME N. FRANK LEGAL SERVICES ORGANIZATION
YALE LAW SCHOOL
P.O. Box 209090
New Haven, CT 06520
(203) 432-4800
j.pottenger@ylsclinics.org

Thomas Silverstein (# phv10914)
Sophia Jayanty (# phv20581)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600
tsilverstein@lawyerscommittee.org
sjayanty@lawyerscommittee.org

*Counsel for Plaintiffs*

By: */s/ David R. Roth*
David R. Roth (ct29876)
Aaron S. Bayer (ct12725)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510
(203) 498-4400
droth@wiggin.com
abayer@wiggin.com

*Counsel for the City of Hartford*

By: */s/ Alexander W. Ahrens*
Alexander W. Ahrens (ct30403)
William D. Chapman (# phv11110)
Michael R. Byrne (# phv11093)
MELICK & PORTER, LLP
900 Main Street South
Southbury, CT 06488
(203) 596-0500
aahrens@melicklaw.com
wchapman@melicklaw.com
mbyrne@melicklaw.com

*Counsel for Imagineers, LLC*

By: */s/ Anthony B. Corleto*
Anthony B. Corleto (ct13520)
GORDON REES SCULLY
MANSUKHANI, LLP
500 Mamaroneck Avenue
Suite 503
Harrison, NY 10528
(914) 777-2228
tcorleto@grsm.com

*Counsel for Housing Authority of the City of Hartford*

By: */s/ Natalie N. Elicker*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY
William M. Brown Jr. (ct20813)
Natalie N. Elicker (ct28458)
Assistant United States Attorneys
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: william.brown2@usdoj.gov
         natalie.elicker@usdoj.gov

*Counsel for United States Department of Housing and Urban Development*